## No. 15,122.

CITY AND COUNTY OF DENVER ET AL. *v.* PENNA ET AL.
(126 P. [2d] 1043)

Decided May 25, 1942.

Judgment affirmed in department without written opinion, Mr. Justice Knous, Mr. Justice Bock, Mr. Justice Burke and Mr. Justice Hilliard participating.

Mr. GAIL L. IRELAND, Attorney General, Mr. H. LAWRENCE HINKLEY, Deputy, Mr. MORRY M. STERLING, Assistant, Mr. MALCOLM LINDSEY, Mr. RICHARD F. RYAN, Mr. LOUIS SCHIFF, for plaintiffs in error.

Mr. TELLER AMMONS, Mr. ROBERT H. CLOSE, for defendants in error.